UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHAWN BRITTON WIGGINS d/b/a
Jesus,

       Plaintiff,

v.                                    Case No:  2:25-cv-00882-JES-NPM

STATE   OF   FLORIDA;   20th
DISTRICT   STATE   ATTORNEY'S
OFFICE,    SHANNON    MCFEE,
PUBLIC    DEFENDER    ROBERT
DENNY;    CHARLOTTE    COUNTY
SHERIFF PRUMMELL; CHARLOTTE
COUNTY COMMISSIONERS,

       Defendants.

---

**OPINION AND ORDER**

On March 25, 2026, the Court directed Plaintiff to pay the entire filing fee.  (Doc. #9.)  Plaintiff was provided a deadline to comply and warned that failure to comply "may result in the dismissal of this action without prejudice and without further notice."  (Id.)  A copy of the Order was mild to Plaintiff the next day.  Plaintiff has not complied with the Order.

A dismissal without prejudice to filing a new case with contemporaneous payment or submission of a request to proceed *in forma pauperis* is appropriate.  Myers v. City of Naples, No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024)(affirming

the dismissal without advance notice by order to show cause of an unrepresented, non-prisoner's complaint submitted without a contemporaneous payment of fees).

If Plaintiff wishes to proceed, he may file another complaint under a new case number that is accompanied by the required filing fee or a signed long form application to proceed without prepaying fees or costs (Form AO 239).[1]  This case will be closed.

Accordingly, it is now

**ORDERED:**

The case is **DISMISSED WITHOUT PREJUDICE.** The Clerk shall close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___7th___ day of May 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

---

[1] Plaintiff can find the long form at the following website: https://www.flmd.uscourts.gov/forms/all/civil-forms.

-2-